IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ALBERT G. LERAY,

        Plaintiff,        Case No. 3:12-cv-01981-HU

   v.

CAROLYN W. COLVIN, Acting        ORDER OF DISMISSAL
Commissioner, Social Security
Administration,

MARSH, District Judge:

    Based on the record,

    IT IS HEREBY ORDERED that this action is dismissed, without prejudice.

    DATED this **24** day of September, 2013.

                                        */s/ Malcolm F. Marsh*
                                        Malcolm F. Marsh
                                        United States District Judge