IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ALBERT G. LERAY,

        Plaintiff,

    v.

CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration,

Case No. 3:12-cv-01981-HU

ORDER OF DISMISSAL

MARSH, District Judge:

    Based on the record,

    IT IS HEREBY ORDERED that this action is dismissed, without prejudice.

    DATED this 24 day of September, 2013.

                                    /s/ Malcolm F. Marsh
                                    Malcolm F. Marsh
                                    United States District Judge